IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 13-cv-01701-PAB-BNB

CHRISTOPHER JAMES WILDER,

Plaintiff,

v.

FEDERAL CORRECTIONS OFFICERS 1-10,
FEDERAL CORRECTIONS COUNSELORS 1-3,
FEDERAL CORRECTIONAL LIEUTENANT,
FEDERAL CORRECTIONAL ASSISTANT WARDENS 1-3,
FEDERAL CORRECTIONAL WARDEN, and
UNKNOWN FEDERAL EMPLOYEES 1-10,

Defendants.
_____

## ORDER
_____

The plaintiff filed his Third Amended Prisoner Complaint on October 18, 2013 [Doc. #25] (the "Complaint"). On October 23, 2013, the court issued an order dismissing defendant D.E. Samuels [Doc. #26]. The remaining defendants are not identified by name. The court cannot effect service of process on unidentified defendants. Accordingly,

IT IS ORDERED that on or before **December 9, 2013**, the plaintiff shall identify each defendant sufficiently for the court to effect service of process. Failure to sufficiently identify a defendant on or before December 9, 2013, may result in dismissal of that defendant.

Dated October 29, 2013.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge