IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 13-cv-01701-PAB-BNB

CHRISTOPHER JAMES WILDER,

Plaintiff,

v.

FEDERAL CORRECTIONS OFFICERS 1-10,
FEDERAL CORRECTIONS COUNSELORS 1-3,
FEDERAL CORRECTIONAL LIEUTENANT,
FEDERAL CORRECTIONAL ASSISTANT WARDENS 1-3,
FEDERAL CORRECTIONAL WARDEN, and
UNKNOWN FEDERAL EMPLOYEES 1-10,

Defendants.
_____

**ORDER**
_____

The plaintiff filed his Third Amended Prisoner Complaint on October 18, 2013 [Doc. #25] (the "Complaint"). On October 23, 2013, the court issued an order dismissing defendant D.E. Samuels [Doc. #26]. The remaining defendants are not identified by name. The court cannot effect service of process on unidentified defendants. Accordingly, I ordered the plaintiff to identify on or before December 9, 2013, each defendant sufficiently for the court to effect service of process.

The plaintiff requested an extension of time to identify the defendants. I granted the extension to and including January 8, 2014 [Doc. #33]. The order granting the extension was

returned as undeliverable [Doc. #37].  Approximately one month after the order was returned, the plaintiff filed a notice of change of address [Doc. #39].[1]

      IT IS ORDERED that my order [Doc. #33] granting the plaintiff an extension of time to and including January 8, 2014, be mailed to the plaintiff at his new address.

      Dated January 10, 2014.

                                    BY THE COURT:

                                    s/ Boyd N. Boland
                                    United States Magistrate Judge

---

[1] The local rules of this court require that a change of address be filed with the court within five days after the change of address.  D.C.COLO.LCivR 11.1(d).

2