IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-01701-PAB-BNB

CHRISTOPHER JAMES WILDER,

Plaintiff,

v.

FEDERAL CORRECTIONS OFFICERS, 1-10,
FEDERAL CORRECTIONS COUNSELORS 1-3,
FEDERAL CORRECTIONS LIEUTENANT,
FEDERAL CORRECTIONAL ASST. WARDENS 1-3,
FEDERAL CORRECTIONAL WARDEN,
C.E. SAMUELS, Director, Federal Bureau of Prisons, and
UNKNOWN FEDERAL EMPLOYEES 1-10,

Defendants.

_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the **Motion for Clarification and Continuance** [docket no. 41, filed January 21, 2014] (the "Motion").

IT IS ORDERED that the Motion is GRANTED. Plaintiff has to and including **February 24, 2014**, in which to respond to my Order [30] to identify by name the unidentified defendants. **NO FURTHER EXTENSIONS WILL BE GRANTED**.

DATED: January 24, 2014