IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 13-cv-01701-PAB-BNB

CHRISTOPHER JAMES WILDER,

Plaintiff,

v.

CHARLES DANIELS (Warden), and
BORGES, (Lieutenant),

Defendants.

_____

## ORDER
_____

The plaintiff filed his Fourth Amended Prisoner Complaint on March 28, 2014 [Doc. #47]. He names as a defendant Warden Charles Daniels. On April 2, 2014, the court sent a request for waiver of service to the defendants at the Federal Bureau of Prisons ("BOP") Colorado Consolidated Legal Center [Doc. #48]. On April 11, 2014, BOP Attorney Advisor Kaitlin Turner filed a document stating that service is not waived for defendant Daniels because he is "not located in [the] District of Colorado."

IT IS ORDERED:

(1) On or before **May 5, 2014**, Ms. Turner shall file with the court under Restriction Level 3 the last known address of Warden Daniels or, in the alternative, a notification that the BOP does not possess any address for him; and

(2) The Clerk of the Court shall serve a copy of this Order on Attorney Advisor Kaitlin Turner at the BOP Colorado Consolidated Legal Center.

Dated April 21, 2014.

                                      BY THE COURT:

                                      s/ Boyd N. Boland
                                      United States Magistrate Judge